AO 93 (Rev. 11/13) Search and Seizure Warrant

☐ ORIGINAL

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>iPhone model A1687, IC: 579C-E2944A* | ) ) ) Case No.  4:18SW 21<br>) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     Virginia
*(identify the person or describe the property to be searched and give its location)*:

iPhone model A1687, IC: 579C-E2944A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before     *May 14, 2018*     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **Lawrence R. Leonard**
                                                                                                                                  **United States Magistrate Judge**
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     04/30/2018  2:22 pm                  _____
                                                                                                   *Judge's Signature*

City and state:     Newport News, Virginia                     Lawrence R. Leonard, United States Magistrate Judge
                                                                                                   *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>4:18SW | Date and time warrant executed:<br>5/11/18  8:46am | Copy of warrant and inventory left with:<br>SA Holsinger |
| Inventory made in the presence of :<br>SA Holsinger |||
| Inventory of the property taken and name of any person(s) seized:<br>All data located within the device as described in Attachment A. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/15/2019

_____
Executing officer's signature

Jason Holsinger, Special Agent, FBI
Printed name and title

## **ATTACHMENT A**

## **PARTICULAR THINGS TO BE SEIZED**

Description of items to be seized/evidence sought:

    a. The number of the cell phone; lists of telephone numbers, names and addresses of the user of said telephone numbers stored in the phonebook or the contact list of the phone; records and/or data of all outgoing calls, incoming calls, and missed calls, voicemail messages, text messages, instant (IM) messages, e-mail addresses and messages, IP logs, voice recordings, stored memos and calendars, still photographic images, video photographic images, GPS and other location data, installed applications or "apps" and the data related to or contained within, and any other stored electronic information;

    b. All stored passwords, encryption keys, access codes, SIM passwords, and geographical information;

    c. Proof of ownership to include correspondence, registration keys or similar items.

    d. Any communications (including, but not limited to telephone calls, voice mails, SMS and MMS text messages, instant messages, VoIP communications, data-based or non-traditional telephonic communications and e-mails);

    e. Evidence of user attribution showing who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, address books, registry entries, configuration files, usernames and passwords, encryption keys, media access control (MAC) addresses, documents, browsing history, user profiles, e-mail, telephone and e-mail contacts, "chat," instant messaging logs, photographs, videos, and correspondence;

This warrant is for the authorization to read, retrieve, image, copy and seize information stored and contained on the above described data sources and for authorization to present these items to persons capable of conducting such examinations and recovery. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form contained in or used by the device.